UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.  3-16-cv-302-DJH

SHIRLEY BENGE, EXECUTRIX OF
THE ESTATE OF DOUGLAS DONALD BENGE
AND INDIVIDUALLY                                                                                   PLAINTIFF

v.

DIVERSICARE HIGHLANDS, LLC D/B/A
HIGHLANDS HEALTH AND REHABILITATION CENTER                          DEFENDANT

## NOTICE OF REMOVAL

Defendant, Diversicare Highlands, LLC d/b/a Highlands Health and Rehabilitation Center, hereby removes to the United States District Court for the Western District of Kentucky, Louisville Division, the action captioned *Shirley A. Benge, Executrix of the Estate of Douglas Donald Benge and Individually v. Diversicare Highlands, LLC d/b/a Highlands Health and Rehabilitation Center*, Case No. 16-CI-02043, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky.  As grounds for its removal of the Action, Defendant states as follows:

1. On or about May 3, 2016, Shirley Benge, Individually and as Executrix of the Estate of Douglas Benge ("Plaintiff"), filed a Complaint in Jefferson Circuit Court, Case No. 16-CI-02043.

2. Defendant, Diversicare Highlands, LLC d/b/a Highlands Health and Rehabilitation Center, was served with a summons and a copy of the Complaint on May 6, 2016, through its agent for service of process, Corporation Service Company.

3. Upon information and belief, Plaintiff is a resident of Radcliff, Kentucky. Therefore, for purposes of diversity jurisdiction, Plaintiff is deemed to be a citizen of Kentucky.

4. Defendant, Diversicare Highlands, LLC d/b/a Highlands Health and Rehabilitation Center at all times relevant hereto, including and at the time of filing this Notice of Removal and at the commencement of Civil Action No. 16-CI-02043, was and is a foreign limited liability company organized under the laws of the state of Delaware. Diversicare Highlands, LLC's principal place of business is in Brentwood, Tennessee. The sole member of Diversicare Highlands, LLC is Diversicare Leasing Corp., a Tennessee Corporation with its principal place of business in Brentwood, Tennessee. Therefore, for purposes of diversity jurisdiction, Defendant is deemed to be a citizen of Tennessee.

5. Based on the allegations raised in the Complaint attached hereto, Defendant believes that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interests and costs.

6. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This is an action between citizens of different states.

7. This Notice of Removal is filed within thirty (30) days after Defendant received a copy of Plaintiff's Complaint, as required by 28 U.S.C. § 1446(b).

8. A copy of this Notice of Removal will be filed with the Clerk for the Jefferson Circuit Court in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

/s/ Michael F. Sutton
W. Bruce Baird
Michael F. Sutton
Sarah E. Tilley
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Diversicare Highlands, LLC d/b/a Highlands Health and Rehabilitation Center*
bbaird@gsblegal.com
msutton@gsblegal.com
stilley@gsblegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20th, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on May 20th 2016 upon:

Ray Stoess Jr.
600 West Main Street, Suite 100
Louisville, Kentucky 40202
*Attorney for Plaintiff*

/s/ Michael F. Sutton
W. Bruce Baird
Michael F. Sutton
Sarah E. Tilley
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Diversicare Highlands, LLC d/b/a Highlands Health and Rehabilitation Center*
bbaird@gsblegal.com
msutton@gsblegal.com
stilley@gsblegal.com