UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHIRLEY BENGE,                                                        Plaintiff,

v.                                                     Civil Action No. 3:16-cv-302-DJH

DIVERSICARE HIGHLANDS, LLC,                           Defendant.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 28), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

July 14, 2017

                                                         **David J. Hale, Judge**
                                                     **United States District Court**